Larry James **TYLER**, Plaintiff-Appellant,

v.

Rosena **JAMES**; Captain Coe; Beverly Addison; Wayne Byrd, Defendants-Appellees.

No. 17-6586

United States Court of Appeals, Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Larry James Tyler, Appellant Pro Se. Samuel F. Arthur, III, James Rufus Bratton, III, AIKEN, BRIDGES, NUNN, EL-LIOTT & TYLER, PA, Florence, South Carolina, for Appellees.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tyler v. James*, No. 9:16-cv-01068-MGL, 2017 WL 1735605 (D.S.C. May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*